AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Arizona

| United States of America | ) |
| v. | ) Case No. 24-02908MJ |
| Brian Thomas Balda | ) |
| *Defendant* | ) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Brian Thomas Balda,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☒ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

Title 18, United States Code, Section 2261A(2); Cyberstalking

Date: February 15, 2024

*Issuing officer's signature*

City and state: Tucson, Arizona

Angela M. Martinez, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 2/15/2024, and the person was arrested on *(date)* 2/16/2024
at *(city and state)* _____.

Date: 2/20/2024

*Arresting officer's signature*

KERRY WITHERSPOON, SPECIAL AGENT
*Printed name and title*

cc: USMS; AUSA; PTS