GARY M. RESTAINO
United States Attorney
District of Arizona
LIZA M. GRANOFF
Florida Bar No.: 0943315
JOSH A. C. ACKERMAN
Arizona Bar No.: 020088
Assistant U.S. Attorneys
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520-620-7300
Email: liza.granoff@usdoj.gov
Email: josh.ackerman@usdoj.gov
Attorneys for Plaintiff

FILED

2024 MAR 13 PM 1:16

CLERK US DISTRICT COURT
DISTRICT OF ARIZONA

CR24-01182 TUC-SHR(MAA)

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | **I N D I C T M E N T** |
| Plaintiff, | Violations: |
| vs. | 18 U.S.C. § 2261A(2)<br>(Cyberstalking)<br>Count 1 |
| Brian Thomas Balda, | 18 U.S.C. § 2261A(1)<br>(Interstate Stalking)<br>Count 2 |
| Defendant. | |

**THE GRAND JURY CHARGES:**

<u>**INTRODUCTORY ALLEGATIONS**</u>

1. At all times relevant to this Indictment, the defendant, Brian Thomas Balda, resided in the state of Oregon.

2. At all times relevant to this Indictment, Person A, a person whose identity is known to the grand jury, resided in Tucson and the District of Arizona.

3. From early 2023 and continuing up to and including on or about February 16, 2024, the defendant, Brian Thomas Balda, conducted a campaign of harassment and intimidation directed at Person A.

4. In the course of this campaign, the defendant, Brian Thomas Balda, made telephone calls and sent internet messages to Person A by using a telephone number with area code 971 from early 2023 through January 2024.

   a. Using this service, on or about December 4, 2023, the defendant, Brian Thomas Balda, sent a message to Person A that stated:

   > It's a great day to DIE tell [Person A] he's a pedophile and all of you helped you sick fucks this is the most disgusting thing I cannot take secrets and all this shit you WIN ANNE YOU FUCKING WIN I HOPE YOURE FINALLY HAPPY PEACE

   b. Using this service, on or about December 7, 2023, the defendant, Brian Thomas Balda, sent a message to Person A that stated:

   > How bout you all just kill me with passion like you had in 1977 I should be dead long time ago besides who would ever want to be a living lie. Dead men tel no tales and no one will ever tell me anyways so just have your soldiers just take me out of your life and you're GAME with a child's life. Go to hell you fucking child molesting baby thief go fuck yourself scumbag mother fucker I'm sick of your shit [Person A]
   > Fuck this country of secret keeping EVIL SICKOS
   > HOW MANY KIDS ASSHOLE HOW FUCKING MANY YOU PRICK

   c. Using this service, on or about December 9, 2023, the defendant, Brian Thomas Balda, left a voicemail to Person A that stated:

   > You're an asshole and I think you should pay for what you did

5. In the course of this campaign, the defendant, Brian Thomas Balda, also sent messages to Person A using the internet from the account "brian.balda@icloud.com."

    a. Using this service, on or about January 19, 2024, the defendant, Brian Thomas Balda, sent a message to Person A claiming that Balda should have been aborted as a child and not allowed to be born, that he wants to die a slow and painful death and mentioned Person A by name. Specifically, the internet message read in part:

> [Person A] you are a coward just like all the Balda's and Hoffmann's anticommunist cowards

6. In the course of this campaign, the defendant, Brian Thomas Balda, changed his telephone number in February 2024 to one with area code 520 to send messages and make phone calls to Person A.

    a. Using this service, on or about February 14, 2024, the defendant, Brian Thomas Balda, left a voicemail for Person A that stated Balda was in Phoenix, Arizona.

    b. Using this service, on or about February 15, 2024, the defendant, Brian Thomas Balda, sent a text message to the Person A stating that Balda was in Tucson and wanted to know if Person A wanted to have lunch with him.

    c. Using this service, or about February 15, 2024, the defendant, Brian Thomas Balda, left a voicemail for Person A. In that voicemail, he identified himself as "Brian Balda," told Person A that he was looking for Person A, and told Person A that, "you and I need to have a chat."

## COUNT 1

7. The allegations contained in paragraphs 1 through 6 are realleged and incorporated herein as if fully set forth in this paragraph.

8. From early 2023 to on or about February 15, 2024, in the District of Arizona and elsewhere, the defendant, BRIAN THOMAS BALDA, with the intent to kill, injure, harass, and intimidate another person, Person A, used any interactive computer service, electronic communication service or electronic communication system of

interstate commerce, or any other facility of interstate or foreign commerce to engage in a course of conduct that caused, attempted to cause, and would be reasonably expected to cause substantial emotional distress to Person A, and placed Person A in reasonable fear of his own death and of serious bodily injury.

In violation of Title 18, United States Code, Section 2261A(2).

## COUNT 2

9. The allegations contained in paragraphs 1 through 8 are realleged and incorporated herein as if fully set forth in this paragraph.

10. On or about January 29, 2024 through February 16, 2024, in District of Arizona and elsewhere, the defendant, BRIAN THOMAS BALDA, traveled in interstate commerce from Oregon to Arizona with the intent to kill, injure, harass, or intimidate another person, Person A, and in the course of and as a result of such travel, placed Person A in reasonable fear of death, serious bodily injury, and caused, attempted to cause, and would be reasonably expected to cause substantial emotional distress to Person A.

In violation of Title 18, United States Code, Section 2261A(1).

A TRUE BILL

/s/

FOREPERSON OF THE GRAND JURY
Dated: March 13, 2024

REDACTED FOR
PUBLIC DISCLOSURE

GARY M. RESTAINO
United States Attorney
District of Arizona

/s/
LIZA M. GRANOFF
JOSH A. C. ACKERMAN
Assistant U.S. Attorneys

*United States of America v. Brian Thomas Balda*
Indictment Page 4 of 4