# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

FILED  
DEC 1 8 2024  
CLERK US DISTRICT COURT  
DISTRICT OF ARIZONA

United States of America,  
PLAINTIFF,

vs.

Brian Thomas Balda  
DEFENDANT.

CR 24-01182-TUC-AMM (MAA)

## WITNESS LIST

| | |
|---|---|
| PRESIDING JUDGE: Michael A. Ambri | COURTROOM DEPUTY: A. Siquieros |
| MOTION HEARING DATE: December 18, 2024 9:00AM | COURT REPORTER: Courtsmart |
| PLAINTIFF ATTORNEY(S): Liza M. Granoff, AUSA; Josh A. C. Ackerman, AUSA | DEFENDANT ATTORNEY(S): Thomas S. Hartzell, CJA |

| PLF | DFT | DATE SWORN | DATE APPEARED | WITNESS | UNDER RULE |
|---|---|---|---|---|---|
| 1 | | 12/18/24 | 12/18/24 | Joseph Pullen, Deputy US Marshal | |
| 2 | | | | | |
| 3 | | | | | |
| 4 | | | | | |
| 5 | | | | | |
| 6 | | | | | |
| 7 | | | | | |
| 8 | | | | | |
| 9 | | | | | |
| 10 | | | | | |
| 11 | | | | | |
| 12 | | | | | |
| 13 | | | | | |
| 14 | | | | | |