T.S. HARTZELL
325 West Franklin Street, # 103
Tucson, Arizona 85701
(520) 792-8181
Arizona State Bar # 013862
Pima County Computer # 64555
tshartzell@tshartzell.com

Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| United States of America, | ) | |
|---|---|---|
| Plaintiff, | ) | 4:24-CR-01182-AMM-MAA |
| vs. | ) | DEFENDANT'S TRIAL BRIEF |
| Brian Thomas Balda, | ) | |
| Defendant. | ) | |

    Brian Balda, through counsel and pursuant to the order of this Court, hereby submits the following as his trial brief.

Overview

    Brian Balda is confident the government will show that he communicated multiple times with the alleged victim by voice mail, text message and email.  He denies that his intent was to harass or intimidate, much less kill or injure.  He further denies that he traveled from Oregon to Arizona with the intent to harass or intimidate the alleged victim.

    Brian Balda also believes he can not have a fair trial in the absence of the alleged victim. He does not agree with the government that a third party's recounting of the alleged victim's statements and feelings provides him with his right to confront and cross-examine an adverse witness.

Defenses

    Brian Balda is not relying on affirmative defenses.  He will put the government to its burden of attempting to prove the elements of the two offenses beyond a reasonable doubt.  He also contends the statutes, 18 U.S.C. §§ 2261A(1) and (2), as applied to him in this case, violate

the First Amendment to the Constitution of the United States.

Anticipated Evidentiary Issues

     Brian Balda anticipates the government will attempt to introduce irrelevant and prejudicial evidence that shows him as erratic, angry and unpredictable. He believes issues will arise over the degree third parties can testify about the alleged victim's subjective reaction to the messages sent by Balda. He foresees a dispute over his statements to law enforcement officers. Finally, Brian Balda asserts his right to confront the alleged victim directly and objects to the government using a former assistant United States attorney and Department of Justice trial attorney as the alleged victim's proxy.

     Dated March 25, 2025.

                                                                     s/ T.S. Hartzell
                                                                     T.S. Hartzell,
                                                    Attorney for Brian Balda