☒ FILED  ☐ LODGED
June 13, 2025
CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA

# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

United States of America,
PLAINTIFF,

vs.

Brian Thomas Balda
DEFENDANT.

CR 24-01182-TUC-AMM (MAA)

## WITNESS LIST

| PRESIDING JUDGE | COURTROOM DEPUTY | COURT REPORTER |
|---|---|---|
| Angela M. Martinez | Tiffany Dame | Cindy Shearman |
| TRIAL DATE(S) | PLAINTIFF ATTORNEY(S) | DEFENDANT ATTORNEY(S) |
| June 10, 2025 9:00 AM | Liza M. Granoff, AUSA<br>Josh A. C. Ackerman, AUSA | Thomas S. Hartzell, CJA |

| PLF | DFT | DATE SWORN | DATE APPEARED | WITNESS | UNDER RULE |
|---|---|---|---|---|---|
| 1 | | 6/11/2025 | 6/11/2025 | TFO Caleb Yankovich, FBI | |
| 2 | | | | Ofc. Michael Stevenson, UAPD | |
| 3 | | | | Ofc. Fernando Ugalde, UAPD | |
| 4 | | | | Cpl. Johnny Lollar, UAPD | |
| 5 | | | | Sgt. Michele Kahn, UAPD | |
| 6 | | | | Patrick Cullen, FBI | |
| 7 | | | | Eric Campbell, FBI | |
| 8 | | | | Person A (victim) D.D. | |
| 9 | | 6/10/2025 | 6/10/2025 | Person B (victim's son) P.D | ✓ |
| 10 | | | | | |
| 11 | | | | | |
| 12 | | | | | |
| 13 | | | | | |
| 14 | | | | | |
| 15 | | | | | |