☒ FILED   ☐ LODGED
**June 13, 2025**
CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No. CR-24-01182-001-TUC-AMM |
| Plaintiff, | **VERDICT** |
| v. | |
| Brian Thomas Balda, | |
| Defendant. | |

## COUNT ONE

As to Count One of the indictment charging Cyberstalking in violation of Title 18, United States Code, Section 2261A(2), we the jury find the defendant, Brian Thomas Balda,

_____ NOT GUILTY

__X__ GUILTY

## COUNT TWO

As to Count Two of the indictment charging Interstate Stalking in violation of Title 18, United States Code, Section 2261A(1), we the jury find the defendant, Brian Thomas Balda,

\_\_\_\_ NOT GUILTY

_X_ GUILTY

June 13, 2025
DATE

Redacted Signature

- 2 -