T.S. HARTZELL
239 N. Meyer Avenue
Tucson, Arizona 85701
(520) 792-8181
Arizona State Bar # 013862
Pima County Computer # 64555
tshartzell@tshartzell.com

Attorney for Defendant Balda

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| United States of America, | ) | |
|---|---|---|
| Plaintiff, | ) | 4:24-cr-01182-AMM-MAA |
| vs. | ) | NOTICE OF APPEAL |
| Brain Thomas Balda, | ) | |
| Defendant. | ) | |

  Brian Balda, through counsel and pursuant to Rules 3 and 4(b), Federal Rules of Appellate Procedure, hereby appeals the judgment and sentence of this Court, imposed September 4, 2025, to the Ninth Circuit Court of Appeals.

  Dated September 5, 2025.

/s T.S. Hartzell
T.S. Hartzell,
Attorney for Brian Balda